**John STRADER, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

**No. 2006–3429.**

United States Court of Appeals, Federal Circuit.

Dec. 12, 2006.

### ORDER

Upon consideration of John Strader's unopposed motion for reconsideration of the November 2, 2006 order dismissing his petition for review,

IT IS ORDERED THAT:

The motion for reconsideration is granted, the mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated. Strader's brief is due

within 30 days of the date of filing of this order.